UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

Fontel M. Flowers aka Fontel Flowers,

    Defendant(s).
_____/

SUMMONS IN A CIVIL ACTION

Case Number: CV 12 4490

TO: (Name and Address of Defendant)

    Fontel M. Flowers aka Fontel Flowers
    2411 Ashby Avenue
    Berkeley, CA 94705

YOU ARE HEREBY SUMMONED and required to file with the CLERK OF COURT, United States District Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

You must also serve your answer upon

PLAINTIFF'S ATTORNEY, MICHAEL COSENTINO, State Bar No. 83253, Attorney at Law, P.O. Box 129, Alameda, CA 94501

(510) 523-4702

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

RICHARD W. WIEKING
CLERK

DATE 8-28-12

BY DEPUTY CLERK
    GLORIA ACEVEDO